UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER WINSLOW BARR,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH STANLEY PIGOTT,<br><br>                Defendant. | CASE NO. 2:29-cv-01534-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to defendant and to the Honorable James L. Robart.

DATED this 26th day of September, 2019.

                                                        BRIAN A. TSUCHIDA
                                                        Chief United States Magistrate Judge